CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2025-05951

DIVISION "A"

MARGARET WILSON

VERSUS

SECTION 16

WALMART, INC.

FILED: _____

DEPUTY CLERK

*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MARGARET WILSON, a resident of the full age of majority of the Parish of Orleans, State of Louisiana, who respectfully represents:

1.

Made Defendants are:

1. WALMART INC., a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

2.

On or about July 17, 2024, petitioner, MARGARET WILSON, was lawfully on the premises of a Walmart Supercenter store #900 (hereinafter referred to as Walmart) located at 6000 Bullard Avenue, in the Parish Orleans, State of Louisiana, as a business invitee for the purpose of shopping.

3.

While attempting to retrieve a watermelon from a display bin located in the produce section of the store, Petitioner tripped and fell over a twine-like cord or string (hereinafter referred to as the cord) that was positioned in or around the floor near the bin and was not readily visible or apparent to her at the time of the incident.

4.

As a result of the fall, Petitioner sustained serious injuries and damages.



CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT

504 - 407 - 0000

Receipt Date        6/16/2025 2:55:00 PM
Receipt Number      1006232
Cashier             ksavage
Register            CIVIL Cash Register

Grand Total         $510.50
Amount Received     $510.50
Balance Due         $ 0.00
Overpayment         $ 0.00

Payment/ Transaction List
Check #  335098  $510.50

Item            Charged     Paid      Bal
                                      $0.00
Judicial College    $0.50   $0.50   $0.00
Building Fund Fee   $25.00  $25.00  $0.00
Indigent Legal Fee  $10.00  $10.00  $0.00
JSC                 $30.50  $30.50  $0.00



Certified True Copy: 05/26/2026 09:13 AM - E8BCVY6IF1U-02
Alteration and subsequent re-filing of this certified copy may violate La. R. S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



on. Chelsey Richard Napoleon
Clerk of Court

**EXHIBIT A**

5.

The cord created an unreasonably dangerous condition on the premises, which posed a foreseeable risk of harm to patrons such as Petitioner.

6.

Prior to her fall, there were no warning signs, devices, or other notice to plaintiff, **MARGARET WILSON**, warning her of the hazardous condition presented by the cord.

7.

Defendant Walmart Inc., through its employees, managers, and/or agents, had actual or constructive notice of the dangerous condition prior to the incident and failed to take appropriate remedial action.

8.

Petitioner avers that the incident and resulting injuries were caused solely by the negligence and fault of the Defendant, Walmart Inc., including but not limited to:

a. Failing to maintain the premises in a safe condition;

b. Failing to secure the cord;

c. Allowing a hazardous cord or rope to remain in a customer access area;

d. Failing to inspect the premises and discover the dangerous condition;

e. Failing to warn plaintiff of an unsafe condition;

f. Failing to remove or secure the cord in a timely and reasonable manner;

g. Failing to prevent plaintiff from entering into what defendant knew or should have known was an unsafe area;

h. Failing to properly train its employees in the safe removal of such a cord; and

i. Failing to follow store policies and procedures on securing such cords.

9.

As a result of the above-described incident, Petitioner has suffered and continues to suffer the following damages:

a. Past, present, and future physical pain and suffering;

b. Past, present, and future mental anguish and emotional distress;

c. Medical expenses (past and future);

Certified True Copy: 05/26/2026 09:13 AM - E8BCVY6IF1U-02
Alteration and subsequent re-filing of this certified copy may violate La. R. S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



on. Chelsey Richard Napoleon
Clerk of Court

d. Lost wages and/or loss of earning capacity (past and future)

e. Loss of enjoyment of life (past and future):

f. Scarring and disfigurement; and

g. Permanent disability and/or impairment;

WHEREFORE, Petitioner, **MARGARET WILSON**, prays that defendant be duly served and cited to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of plaintiff and against defendant, **WALMART INC.**, or in the alternative an affiliate thereof, for all items of special damages incurred by plaintiff and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which plaintiff may be entitled.

Respectfully submitted,

**DUDLEY DEBOSIER INJURY LAWYERS**

**CHRISTOPHER B. GIOE BRN: 36469**
1100 POYDRAS ST, STE 3900
NEW ORLEANS, LOUISIANA 70163
Telephone: (504) 605-3805
Facsimile:  (225) 239-7264
Email: cgioe@dudleydebosier.com
ATTORNEY FOR PLAINTIFF

<u>**PLEASE SERVE**</u>:

**WALMART, INC.**
Through its registered agent for service of process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816.



Page 3 of 4
Certified True Copy: 05/26/2026 09:13 AM - E8BCVY6IF1U-02
Alteration and subsequent re-filing of this certified copy may violate La. R. S. 14:132, 133, and/or RPC Rule 3.3(a)(3).