| **From:** | Leah A. Ward |
|---|---|
| **To:** | Chloe L. Krake; Chris Gioe |
| **Cc:** | Valerie Theng Matherne; Troy N. Bell; Trey M. Williams; Sharon Pratt; Cristina Falcon |
| **Subject:** | RE: Margaret Wilson v. Walmart, Inc., CDC No. 2025-5951 - Hearing On Motion to Compel |
| **Date:** | Wednesday, April 29, 2026 12:18:27 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | 2026_04_29_CBG_Walmart_discovery responses.pdf |

> Some people who received this message don't often get email from lward@dudleydebosier.com. Learn why this is important

Good afternoon Ms. Krake,

Sorry for the delay, please see attached discovery responses for our client, Ms. Margaret Wilson. I have sent a ShareFile link with the Requests for Production of Documents as well. Please confirm when the hearing date is removed from the Court's docket. Thank you!

**LEAH WARD**

Paralegal to Christopher B. Gioe



**DUDLEY DEBOSIER INJURY LAWYERS**
1100 Poydras Street, Suite 3900
New Orleans, LA 70163
Direct: (504) 605-3804
Fax: (225) 239-7263

    

---

**From:** Chloe L. Krake <ckrake@zuberlawler.com>
**Sent:** Monday, April 27, 2026 1:27 PM
**To:** Chris Gioe <cgioe@dudleydebosier.com>; Leah A. Ward <LWard@dudleydebosier.com>
**Cc:** Valerie Theng Matherne <vmatherne@zuberlawler.com>; Troy N. Bell <tbell@zuberlawler.com>; Trey M. Williams <twilliams@zuberlawler.com>; Sharon Pratt <spratt@zuberlawler.com>; Cristina Falcon <cfalcon@zuberlawler.com>
**Subject:** RE: Margaret Wilson v. Walmart, Inc., CDC No. 2025-5951 - Hearing On Motion to Compel

> Some people who received this message don't often get email from ckrake@zuberlawler.com. Learn why this is important

Chris,

**EXHIBIT B**

Please be advised that the hearing on Defendant's Motion to Compel Discovery against Plaintiff is set for hearing on May 1, 2026. We have not received an opposition. Please advise the status of the Answers to Interrogatories and Responses to Requests for Production of Documents.

Thank you,

**CHLOE KRAKE**

Associate, Zuber Lawler LLP

✉ ckrake@zuberlawler.com

☎ +1 (213) 596-5620

📍 1100 Poydras Street, Suite 2900 New Orleans, LA 70163 USA

**ZUBER LAWLER**

**From:** Cristina Falcon <cfalcon@zuberlawler.com>
**Sent:** Wednesday, April 15, 2026 6:06 PM
**To:** cgioe@dudleydebosier.com
**Cc:** LWard@dudleydebosier.com; Valerie Theng Matherne <vmatherne@zuberlawler.com>; Trey M. Williams <twilliams@zuberlawler.com>; Chloe L. Krake <ckrake@zuberlawler.com>; Sharon Pratt <spratt@zuberlawler.com>
**Subject:** Margaret Wilson v. Walmart, Inc., CDC No. 2025-5951 - Defendant's Motion to Withdraw Counsel and to Substitute Firm of Record

Dear Mr. Gioe,

On behalf of Valerie Theng Matherne, please see attached *Motion to Withdraw Counsel and to Substitute Firm of Record* which was e-filed on behalf of Walmart Inc. in the above-referenced matter.

Sincerely,

**CRISTINA FALCON**

Assistant, Zuber Lawler LLP

✉ cfalcon@zuberlawler.com

☎ T: +1 (213) 596-5620

📍 1100 Poydras Street, Suite 2900 New Orleans, Louisiana 70163 USA

**ZUBER LAWLER**

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.

**CHRISTOPHER GIOE,** Attorney
1100 Poydras Street, Suite 3900
New Orleans, LA 70163
Telephone: (504) 605-3805
Facsimile: (225) 239-7264
cgioe@dudleydebosier.com
**LEAH WARD,** Legal Assistant
Telephone: (504) 605-3804
Facsimile: (225) 239-7263
lward@dudleydebosier.com



BATON ROUGE
NEW ORLEANS
SHREVEPORT
LAFAYETTE
HOUMA
DENHAM SPRINGS
(800) 396-4333

4/29/2026

<u>**Via Email: vmatherne@zuberlawler.com**</u>
Valerie Theng Matherne
Zuber Lawler LLP
1100 Poydras St. Suite 2900
New Orleans, LA 70163

      RE:    **Margaret Wilson v. Walmart, Inc.**
                  **Suit No. 2025-05951, Div A, Civil District Court - Parish of Orleans**
                  **DOL: 2024-07-14**

Dear Ms. Matherne:

      Enclosed are Plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents in the captioned matter.

                Sincerely,

                Christopher B. Gioe

CBG/law
Encls.
314014